**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**RICHARD EARL HENSARLING, JR,**

**Plaintiff,**

**v.** **Case No. 3:26cv1728-MCR-HTC**

**FRAZIER EASTON LANE, et al.,**

**Defendants.**

______________________________/

# ORDER

The Magistrate Judge issued a Report and Recommendation dated March 12, 2026 (ECF No. 5). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this Order.

2. Plaintiff Hensarling's complaint (ECF No. 1) is DISMISSED WITHOUT PREJUDICE for Hensarling's failure to truthfully disclose his litigation history.

3. The Motion for Leave to Proceed In Forma Pauperis, ECF No. 6, is DENIED as moot. *See* ECF No. 4.

3. The clerk shall close the file.

**DONE AND ORDERED** this 11th day of September 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**